# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN ANTHONY, JASMINE JOHANESEN,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, *et al.*,<br><br>    Defendants. | Case No. 25-cv-0310-BAS-MMP<br><br>**ORDER DENYING PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 19)** |

Plaintiff's case was removed from state court to this Court in early February of this year. (ECF No. 1.) Now pending before the Court is a Motion to Dismiss (ECF No. 10), and a Motion for Request of Clarification (ECF No. 17). Defendants have yet to file an Answer and discovery has yet to commence. Nonetheless, Plaintiff lately filed a Motion for Summary Judgment. (ECF No. 19.)

"Although [Federal Rule of Civil Procedure 56] allows a motion for summary judgment to be filed at the commencement of an action, in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had." Fed. R. Civ. P. 56, Advisory Committee's Notes (2010 Amendments, Note to Subdivision (b)). Courts have denied pre-answer and pre-discovery motions for summary judgment as premature despite technical compliance with the timing provisions of Rule 56. *See Williams v. Yuan Chen*, No. S-10-1292-CKD-P, 2011 WL

1  4354533, at * 3 (E.D. Cal. Sept. 16, 2011) (denying plaintiff's summary judgment motion
2  as premature where defendant had not yet filed an answer and the court had not issued a
3  discovery order); see also Bradford v. Ogbuehi, No. 1:17-CV-01128-SAB (PC), 2020 WL
4  9886194, at *1 (E.D. Cal. Feb. 20, 2020) (holding that although Plaintiff's motions for
5  summary judgment "technically" met the timing requirements, they were premature as the
6  pleadings in the case were "not yet set.")

7  While Plaintiff's motion for summary judgment is technically compliant with the
8  timing requirements of Federal Rule of Civil Procedure 56, the Court finds it is premature
9  because Defendants have not yet filed an Answer to the Complaint.  Accordingly,
10 Plaintiff's motion for summary judgment, (ECF No. 19), is hereby **DENIED** without
11 prejudice.

**IT IS SO ORDERED.**

**DATED: April 16, 2025**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**