# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MARIAN ANTHONY, JASMINE JOHANESEN,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, *et al.*,

Defendants.

Case No.: 25-cv-00310-DMS-MMP

**ORDER DENYING DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AS MOOT**

**[ECF No. 63]**

Before the Court is Defendant County of San Diego's motion to dismiss Plaintiffs' First Amended Complaint.  (ECF No. 63.)  Plaintiffs filed a Second Amended Complaint on April 1, 2026.  (ECF No. 69.)  An amended complaint generally moots a pending motion to dismiss.  *Zimmerman v. PeaceHealth*, 701 F. Supp. 3d 1099, 1108 (W.D. Wash. 2023).  Accordingly, the Court **DENIES** the motion to dismiss as moot.  Defendants will **FILE** their responsive pleading within **fourteen (14) days** of entry of this Order.

   **IT IS SO ORDERED.**

Dated: April 6, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

1